UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON G. DAVIS )
)
)
v. )
)  Civil Action No.
EUSTIS MORTGAGE ) 3:13-cv-00104-SDD-RLB
CORPORATION

## ORDER

**CONSIDERING** the *Joint Motion to Dismiss*[1] filed by Plaintiff;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above captioned suit is hereby dismissed with prejudice and each party to bear its own costs.

Baton Rouge, Louisiana the 15 day of October, 2013.

SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.