UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON G. DAVIS )<br>)<br>v. )<br>) Civil Action No.<br>) 3:13-cv-00104-SDD-RLB<br>EUSTIS MORTGAGE )<br>CORPORATION | |

ORDER

**CONSIDERING** the *Joint Motion to Dismiss*[1] filed by Plaintiff;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above captioned suit is hereby dismissed with prejudice and each party to bear its own costs.

Baton Rouge, Louisiana the _15_ day of October, 2013.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.